IRVING LONSTEIN, Respondent, *v.* ONONDAGA FREIGHT CORP., Appellant.

Argued March 8, 1943; decided April 15, 1943.

*David B. Sugarman* and *Arthur W. Burrows* for appellant.
*Benjamin Lonstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.